IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD LEE PYLES                                                                                    PLAINTIFF

v.                                     CASE NO. 2:22-CV-2069

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                        DEFENDANT

### ORDER

The Court has received proposed findings and recommendations (Doc.19) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this May 23, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE